IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK
Albany Division

```
U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
MAY 18 2007
AT____ O'CLOCK____
Lawrence K. Baerman, Clerk - Binghamton
```

---

UNITED STATES OF AMERICA

v.

MARTHA ELENA LOPEZ-VELEZ,
    a/k/a Martha Lopez-Gomez,
SYLVIA JARAMILLO-CANO,

      Defendants.

---

ORDER FOR DISMISSAL

No.: 3:93-CR-377 (TJM)

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, Glenn T. Suddaby, United States Attorney for the Northern District of New York, Richard S. Hartunian, Assistant United States Attorney, of counsel, hereby dismiss Superseding Indictment (filed 11/12/1993) against defendants MARTHA ELENA LOPEZ-VELEZ, a/k/a Martha Lopez-Gomez and SYLVIA JARAMILLO-CANO, which Indictments charged each as follows:

MARTHA ELENA LOPEZ-VELEZ, a/k/a Martha Lopez-Gomez

    Count 1 - Narcotics Conspiracy (21 U.S.C. § 846)
    Count 4 - Bribery (18 U.S.C. § 201(b)(1)(A))

SYLVIA JARAMILLO-CANO

    Count 1 - Narcotics Conspiracy (21 U.S.C. § 846)
    Count 2 - Distribution of Narcotics (21 U.S.C. § 841(a)(1));
    Count 3 - Possession of Narcotics (21 U.S.C. § 841(a)(1));

The reason(s) for this dismissal are (check one or more):

| | |
|---|---|
| _____ | Case transferred to another District |
| _____ | Speedy Trial Act |
| _____ | Defendant's cooperation |
| _____ | Insufficient evidence at this time |
| __X__ | Other: Interest of Justice |

With respect to this dismissal, defendant (check one):

_____Consents
_____Objects
___X___ Has not been consulted

This dismissal is without prejudice.

Respectfully submitted,

GLENN T. SUDDABY
UNITED STATES ATTORNEY

BY: *[signature]*

RICHARD S. HARTUNIAN
ASSISTANT U.S. ATTORNEY
BAR ROLL #301383

\* \* \* \* \* \* \* \*

Leave of Court is granted for the filing of the foregoing dismissal.

Dated: __5/15/07__, 2007      *[signature]*
HON. THOMAS J. McAVOY
SENIOR U.S. DISTRICT JUDGE - N.D.N.Y.